### 9332. GOODE v. POWELL.

BLOODWORTH, J. 1. It is never reversible error for a judge to refuse to direct a verdict. *Stewart* v. *Attaway*, 18 *Ga. App.* 158 (88 S. E. 992); *Cunningham* v. *Waters*, 142 *Ga.* 115 (82 S. E. 518).

2. No complaint is made of any ruling on the admission or rejection of evidence, and no error in the charge is alleged. The jury passed upon the facts; the judge presiding in the superior court overruled the certiorari and this court will not interfere.

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*

DECIDED APRIL 12, 1918.

Certiorari; from Fulton superior court—Judge Bell. October 15, 1917.

*Munday & Cornwell*, for plaintiff in error.

*James E. Warren*, contra.